```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 09 B 02495
   ANDRE EMORY CASWELL
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
           Debtor
   SSN XXX-XX-6359

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/28/09 .

    2.  The case was dismissed without confirmation, 02/27/2009.

-----------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
STATE DISBURSEMENT UNIT    PRIORITY       NOT FILED           .00           .00
STATE DISBURSEMENT UNIT    PRIORITY       NOT FILED           .00           .00
          Summary of disbursements:
-----------------------------------------------------------------------
                 SECURED    PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED   .00        .00        .00          .00           .00
PRINCIPAL PAID       .00        .00        .00          .00           .00
INTEREST PAID        .00        .00        .00          .00           .00
TOTAL PAID           .00        .00        .00          .00           .00
The Debtor's attorney, PRO SE DEBTOR               , was allowed $     .00
and was paid $      .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .




    Dated: 03/18/09              /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```

```
                             PAGE   2
      CASE NO. 09 B 02495 ANDRE EMORY CASWELL
```